IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COLETTE SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0161-WS-B |
| | ) |
| ROCCO VALLUZZO d/b/a | ) |
| R.B.T.A. INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Joint Motion to Dismiss with Prejudice (doc. 21), signed by all parties by and through their respective counsel. This Motion reflects that the parties have compromised and settled this dispute and that they now jointly stipulate to the dismissal of all pending claims in this action with prejudice.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss her action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Joint Motion satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, the parties' Joint Motion to Dismiss is **granted**, and it is **ordered** that this action is **dismissed with prejudice**, with each party to bear her or its own costs.

DONE and ORDERED this 28th day of November, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE